RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Sergio Sanchez-Zambrano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SERGIO SANCHEZ-ZAMBRANO,<br><br>        Defendant. | Case No. 2:18-cr-387-JCM-VCF<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for Sergio Sanchez-Zambrano, that the pretrial motions and notices of defense deadline currently scheduled for December 28, 2018, be vacated and continued to January 11, 2019.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including January 25, 2019, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including February 1, 2019, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. Counsel for the defense needs additional time to discuss matters concerning the pre-trial motion with her client.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

This is the first stipulation to continue filed herein.

DATED this 28th day of December, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Brenda Weksler*<br>By_____<br>BRENDA WEKSLER<br>Assistant Federal Public Defender | */s/ Jared L. Grimmer*<br>By_____<br>JARED L. GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-387-JCM-VCF |
| Plaintiff, | ORDER |
| v. | |
| SERGIO SANCHEZ-ZAMBRANO, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

IT IS THEREFORE ORDERED that the parties herein shall have to and including January 11, 2019 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including January 25, 2019 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including February 1, 2019 to file any and all replies.

DATED this 2nd day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE